# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Sherri McCain | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:17-CV-402 |
| Commissioner of Social Security | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Judgment in favor of Plaintiff and against Defendant; Case is remanded to the Commissioner under
sentence four of 42 U.S.C. § 405(g) for further consideration
.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for

Date: _____4/18/19_____

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk